# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE:  ETHICON, INC.
      PELVIC REPAIR SYSTEMS
      PRODUCT LIABILITY LITIGATION     MDL No. 2327

------------------------------------------------------------

THIS DOCUMENT RELATES TO:

*Mullins, et al. v. Ethicon, Inc., et al.*    Case No.: 2:12-cv-02952
   **and all consolidated cases**

## ORDER

    Pending is Plaintiffs' Motion and Memorandum to Strike Certain Errata Changes to the Testimony of Hannes Vogel, M.D. (ECF No. 231). Ethicon, Inc. and Johnson and Johnson (collectively referred to as "Ethicon") filed a response in opposition to the motion, and the undersigned conducted a telephonic hearing on the dispute on December 15, 2015. For the reasons stated during the hearing, the court **DENIES** Plaintiffs' motion to strike the errata changes, but **GRANTS** Plaintiffs' motion for leave to re-depose Dr. Vogel concerning the changes in his testimony. *See Holland v. Cedar Creek Mining, Inc.,* 198 F.R.D. 651, 653 (S.D.W.Va. 2001).

    The Clerk is directed to provide a copy of this Order to counsel of record and any unrepresented party.

                                               **ENTERED:** December 16, 2015

                                               Cheryl A. Eifert
                                               United States Magistrate Judge